IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01907-WJM-MJW

VICTORIA LYNN MILLER,

Plaintiff,

v.

AAA COLORADO, INC., f/k/a ROCKY MOUNTAIN MOTORISTS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Unopposed Motion for Stipulated Protective Order (docket no. 17) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 17 and made an Order of Court.

Date: September 23, 2013