**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 13-cv-1907-WJM-MJW

VICTORIA LYNN MILLER

    Plaintiff,

v.

AAA COLORADO, INC., f/k/a ROCKY MOUNTAIN MOTORISTS, INC.,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed February 28, 2014 (ECF No. 32). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 28th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge